IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24MJ304-1 |
| | : | |
| MIGUEL CONCEPCION BRITO | : | |

### MOTION BY THE UNITED STATES OF AMERICA
### FOR DETENTION HEARING

NOW COMES the United States of America and hereby moves for a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

    ☒ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    ☐ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    ☒ controlled substance offense punishable by ten years or more in prison [18 U.S.C. § 3142(f)(1)(C)]

    ☐ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    ☐ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    ☒ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

☐ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

☒ the Defendant's appearance as required

☒ the safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States of America does invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). The presumption applies because:

☒ there is probable cause to believe defendant has committed a controlled substance offense punishable by ten years or more in prison, or an offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

☐ the Defendant has a prior conviction for an "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

☐ there is probable cause to believe that the Defendant committed an offense involving a minor as a victim pursuant to 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States of America requests that the court conduct the detention hearing:

☐ at first appearance

☒ after continuance of _3_ days (not more than 3).

5. <u>Temporary Detention</u>.  The United States of America moves the Court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

WHEREFORE, the United States respectfully requests that the Court hold a detention hearing in the above-captioned case and that it continue the detention hearing for a reasonable period of time from the date of the defendant's first appearance before a judicial officer to allow the United States to prepare.

This, the 15th day of August, 2024.

                                                SANDRA J. HAIRSTON
                                                United States Attorney

                                                <u>/s/ ERIC L. IVERSON</u>
                                                Assistant United States Attorney
                                                NC Bar No. 46703
                                                101 South Edgeworth Street
                                                Fourth Floor
                                                Greensboro, North Carolina 27401
                                                Telephone: (336) 333-5351
                                                Fax: (336) 333-5381